UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 17-CV-60009-GAYLES/HUNT

**ERIC WATKINS,**

    Plaintiff,

**v.**

**OFFICER SHIELDS, et al.,**

    Defendants.
_____/

**ORDER**

    **THIS CAUSE** comes before the Court on the Report and Recommendation of Magistrate Judge Patrick M. Hunt (the "Report"). [ECF No. 197]. On October 17, 2024, Defendants filed a Motion to Tax Costs (the "Motion") after they prevailed at trial. [ECF No. 185]. On July 25, 2025, Judge Hunt issued his Report recommending the Motion be granted in part such that Defendants be awarded $130 for serving summons and subpoenas and that the Motion be otherwise denied. [ECF No. 197]. No party has objected to the Report.

    A district court may accept, reject, or modify a magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1)(C). The objected portions of the report and recommendation are accorded *de novo* review if those objections "pinpoint the specific findings that the party disagrees with." *United States v. Schultz*, 565 F.3d 1353, 1360 (11th Cir. 2009); *see also* Fed. R. Civ. P. 72(b)(3). Any portions of the report and recommendation to which *no* specific objection is made are reviewed only for clear error. *Liberty Am. Ins. Grp., Inc. v. WestPoint Underwriters, L.L.C.*, 199 F. Supp. 2d 1271, 1276 (M.D. Fla. 2001); *accord Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006). As no objections have been filed, the Court reviewed the Report for clear

error. Finding no clear error, the Court agrees with Judge Hunt's findings and conclusion that the Motion should be granted in part.

## CONCLUSION

Therefore, it is **ORDERED AND ADJUDGED** as follows:

(1)  The Report and Recommendation, [ECF No. 197], is ADOPTED in full;

(2)  Defendants' Motion is GRANTED in part. The Defendants are hereby awarded $130 for serving summons and subpoenas. The Motion is otherwise DENIED.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 11th day of August, 2025.

_____
DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE